IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 07-MJ-07-02 (CWH) |
| **JESSICA ALVAREZ**, | **VIOLATION:** Reckless Driving |
| Defendant | |

## ORDER OF DISMISSAL

Upon consideration of the **MOTION FOR DISMISSAL** filed herein by counsel for the United States (Tab #18) and for cause shown, said motion is GRANTED. This proceeding against defendant JESSICA ALVAREZ is DISMISSED *without prejudice.*

SO ORDERED AND DIRECTED, this 9th day of JANUARY, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE